# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | MINUTES OF PROCEEDINGS |
| | ) | |
| vs. | ) | Citation(s):    E1748390/N6 |
| | ) | |
| AUDRIANNA DEBEY, | ) | Date:    December 19, 2024 |
| | ) | |
| Defendant. | ) | |

The Honorable Maximiliano D. Couvillier, III, United States Magistrate Judge

DEPUTY CLERK: T. Renfro

UNITED STATES ATTORNEY: Skyler Pearson, AUSA

DEFENSE COUNSEL:    N/A

INTERPRETER:    N/A

TIME: 10:26 – 10:26 a.m.

PROCEEDINGS: **INITIAL APPEARANCE**

Defendant is not present.   For the reasons stated on the record, government's counsel requests a
warrant be issued.   It is so ordered that warrant be issued for failure to appear.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | MINUTES OF PROCEEDINGS |
| | ) | |
| vs. | ) | Citation(s):    E1748390/N6 |
| | ) | |
| AUDRIANNA M. DEBEY, | ) | Date:    November 14, 2024 |
| | ) | |
| Defendant. | ) | |

The Honorable Daniel J. Albregts for Maximiliano D. Couvillier, III, United States Magistrate
Judge

DEPUTY CLERK: Angela Reyes

UNITED STATES ATTORNEY: Skyer Pearson, AUSA

DEFENSE COUNSEL:    N/A

INTERPRETER:    N/A

TIME:    10:24 – 10:26 am

PROCEEDINGS: **INITIAL APPEARANCE**

Defendant is not present.  Government's counsel requests that this hearing be continued to the
next rotation. It is so ordered that this hearing is continued to December 19, 2024 at 9:30 am.

AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America<br>v.<br>AUDRIANNA M DEBEY<br>809 DEXTER ST APT 307<br><br>DENVER, CO 80224<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Violation No.  N6          E1748390

### SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☑ Order of Court

| Place: | US DISTRICT COURT<br>LLOYD D. GEORGE US COURTHOUSE<br>333 LAS VEGAS BLVD, SOUTH<br>LAS VEGAS, NV 89101 | Courtroom No.:  3A |
|---|---|---|
| | | Date and Time: 11/14/2024 at 9:30 AM |

This offense is briefly described as follows:

Failure to appear for Initial Appearance on 06/27/2024 and 09/05/2024.

Date:    09/19/2024                                              /S/ T RENFRO
_____                            _____
                                                                    *Issuing officer's signature*
                                                                    T RENFRO, DEPUTY CLERK
                                                                    _____
                                                                    *Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:   11/14/24                                                _____
                                                                    *Server's signature*

                                                                    Chris Raynolds   NPS
                                                                    *Printed name and title*

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701296102352

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 2:34 pm on October 16, 2024 in DENVER, CO 80224.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
DENVER, CO 80224
October 16, 2024, 2:34 pm

**Notice Left (No Authorized Recipient Available)**
DENVER, CO 80224
October 16, 2024, 2:33 pm

**Notice Left (No Secure Location Available)**
DENVER, CO 80224
October 15, 2024, 6:57 pm

**In Transit to Next Facility**
October 15, 2024

**Departed USPS Regional Facility**
LAS VEGAS NV DISTRIBUTION CENTER
October 12, 2024, 8:29 am

**Arrived at USPS Regional Facility**

LAS VEGAS NV DISTRIBUTION CENTER
October 11, 2024, 11:09 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**    ⌄

---

**USPS Tracking Plus®**    ⌄

---

**Product Information**    ⌄

See Less ⌃

Track Another Package

┌─────────────────────────────────────────────────────┐
│ Enter tracking or barcode numbers                   │
└─────────────────────────────────────────────────────┘

# Need More Help?

Contact USPS Tracking support for further assistance.

┌──────────────────┐
│     **FAQs**     │
└──────────────────┘

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| AUDRIANNA M DEBEY | ) | |
| 809 DEXTER ST APT 307 | ) | Violation No. N6    E1748390 |
| | ) | |
| DENVER, CO 80224 | ) | |
| *Defendant* | ) | |

### SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of Court

| Place: | US DISTRICT COURT LLOYD D. GEORGE US COURTHOUSE 333 LAS VEGAS BLVD, SOUTH LAS VEGAS, NV 89101 | Courtroom No.: 3A |
|---|---|---|
| | | Date and Time: 11/14/2024 at 9:30 AM |

This offense is briefly described as follows:

Failure to appear for Initial Appearance on 06/27/2024 and 09/05/2024.

Date: 09/19/2024

/S/ T RENFRO

*Issuing officer's signature*

T RENFRO, DEPUTY CLERK

*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | MINUTES OF PROCEEDINGS |
| | ) | |
| vs. | ) | Citation(s):   E1748390/N6 |
| | ) | |
| AUDRIANNA DEBEY, | ) | Date:   September 5, 2024 |
| | ) | |
| Defendant. | ) | |

The Honorable Maximiliano D. Couvillier, III, United States Magistrate Judge

DEPUTY CLERK: T. Renfro

UNITED STATES ATTORNEY: Skyler Pearson, AUSA

DEFENSE COUNSEL:    N/A

INTERPRETER:    N/A

TIME:   10:24 – 10:24 am

PROCEEDINGS: **INITIAL APPEARANCE**

Defendant is not present.   Government's counsel requests that a 3rd summons be issued.   It is so ordered that a 3rd summons is to be issued.

AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| AUDRIANNA M DEBEY ) | Violation No.  N6        E1748390 |
| 809 DEXTER ST APT 307 ) | |
| ) | |
| DENVER, CO 80224 ) | |
| *Defendant* ) | |

### SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☑ Order of Court

| Place: | US DISTRICT COURT LLOYD D. GEORGE US COURTHOUSE 333 LAS VEGAS BLVD, SOUTH LAS VEGAS, NV 89101 | Courtroom No.:  3A |
|---|---|---|
| | | Date and Time: 09/05/2024 09:30 AM |

This offense is briefly described as follows:

Failure to appear for Initial Appearance on 06/27/2024.

| Date: | 07/09/2024 | /S/ T RENFRO |
|---|---|---|
| | | *Issuing officer's signature* |
| | | T RENFRO, DEPUTY CLERK |
| | | *Printed name and title* |

I declare under penalty of perjury that I have:

☐ Executed and returned this summons        ☒ Returned this summons unexecuted

Date:  7/5/24

*Server's signature*

Chris Reynolds NPs

*Printed name and title*



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee    $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery    $

Postage    $

Total Postage and Fees    $

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Postmark Here

9589 0710 5270 1296 1017 75

CERTIFIED MAIL

FIRST-CLASS

9589 0710 5270 1296 1017 75

UNITED STATES
DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
LAKE MEAD NATIONAL RECREATION AREA
601 NEVADA WAY
BOULDER CITY, NV 89005-2426

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Audrianna M. Debey
7100 E Evans Ae. Apt 432
Denver, CO 80224

AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| AUDRIANNA M DEBEY | ) | |
| 809 DEXTER ST APT 307 | ) | Violation No.  N6     E1748390 |
| | ) | |
| DENVER, CO 80224 | ) | |
| *Defendant* | ) | |

### SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of Court

| | |
|---|---|
| Place:  US DISTRICT COURT LLOYD D. GEORGE US COURTHOUSE 333 LAS VEGAS BLVD, SOUTH LAS VEGAS, NV 89101 | Courtroom No.:  3A |
| | Date and Time: 09/05/2024 09:30 AM |

This offense is briefly described as follows:

Failure to appear for Initial Appearance on 06/27/2024.

Date:       07/09/2024                              /S/ T RENFRO
                                             _____
                                               *Issuing officer's signature*
                                              T RENFRO, DEPUTY CLERK
                                             _____
                                               *Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:  _____                _____
                                                  *Server's signature*

                                             _____
                                                 *Printed name and title*

# United States District Court
## Violation Notice
(Rev. 1/2020)

CA# 0555
D34 0555

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| AU6 | E1748390 | Nash | 686 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 11/30/2024

Offense Charged: ☒ CFR ☒ USC ☐ State Code
36 CFR 2.35(c)

Place of Offense: Lake Mead NRA - 8.0 mile Rd

Offense Description; Factual Basis for Charge:
UIA - Under influence Alc
aunamariecMagmail

**DEFENDANT INFORMATION**  Phone: (303) 520-9751

| Last Name | First Name | M.I. |
|---|---|---|
| Dey | Audrianna | M |

Street Address: 809 Dexter St Apt 307

| City | State | Zip Code |
|---|---|---|
| Denver | CO | 80224 |

Date of Birth (mm/dd/yyyy): 06/04/1993

Driver's License No.: 092570824   CDL ☐   D.L. State: CO

Social Security No.: 523 898938

☒ Adult ☐ Juvenile   Sex ☐ Male ☒ Female   Eyes: Brn   Height: 5'8"   Weight: 130

**VEHICLE**   VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| CYOK27 | CO | | Subaru | | Red |

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ____ Forfeiture Amount
+ $30 Processing Fee
$ ____ Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: NP2402115

| Date | Time |
|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

CVB SCAN 04/26/2024 13:42

*E1748390*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11/30 , 20 24 while exercising my duties as a law enforcement officer in the Federal District of Nevada

_(lines)_

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/30/2024   Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: ____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/26/2024 13:42

CVB SCAN 04/26/2024 13:43

Violation No. E1748389 Loc. Code N6
STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on January 28, 2024, while exercising my duties as a law enforcement officer in the District of Nevada, in Lake Mead National Recreation Area,

On January 28, 2024, at approximately 0314 dispatch received a call for service regarding a suicidal and intoxicated female who ran from a campsite into the desert off 8.0 Road after a domestic incident. I spoke with the reporting party, John BONSOR. BONSOR stated his girlfriend, later identified as Audrianna DEBEY, got too drunk while they were camping and was coming at him violently. BONSOR stated he called the police because he was fearing for his self. BONSOR stated DEBEY has a drinking problem and that she had "half a fifth" of alcohol that night. DEBEY had walked into the desert after BONSOR called the police. The night this occurred the weather was dry with temperatures were reaching the low 40s. Officers searched for DEBEY. DEBEY later came back to the campsite and was laying down in the back of the red Subaru. Sgt. Kendrick spoke with DEBEY. I observed DEBEY's speech. It was slow and slurred. DEBEY stated she had a little to drink; a few shots. Once DEBEY was in the back of my patrol vehicle I could smell the strong odor of an alcoholic beverage coming from DEBEY. DEBEY stated she bought a fifth, but she did not have it all. DEBEY did not know exactly how much alcohol she had. In the red Subaru there was a half empty fifth of Pinnacle Whipped Vodka.

NP24021115
E1748390

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☒ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _01/16/2024_    _[signature]_ #686
                Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
                Date  (mm/dd/yyyy)    U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# VIOLATION NOTICE